| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | ISP | city | District | Province |
|---|---|---|---|---|---|---|---|
| 1 | 24.126.207.163 | µTorrent 2.2.1 | 03/25/2013 03:07:03 PM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 2 | 68.117.216.46 | µTorrent 3.2.3 | 03/25/2013 04:22:43 AM | Charter Comm. | Lagrange | Georgia Northern | Troup |
| 3 | 98.192.120.49 | -BA3300- | 03/23/2013 07:01:07 PM | Comcast Cable | Fairburn | Georgia Northern | Fulton |
| 4 | 71.56.3.214 | BitTorrent 7.7.3 | 03/22/2013 12:07:50 PM | Comcast Cable | Ellenwood | Georgia Northern | Clayton |
| 5 | 70.88.176.9 | µTorrent 3.1.3 | 03/19/2013 06:38:11 AM | Comcast Bus. Comm | Atlanta | Georgia Northern | DeKalb |
| 6 | 76.97.140.170 | Transmission 2.7 | 03/13/2013 05:43:26 AM | Comcast Cable | Cumming | Georgia Northern | Forsyth |
| 7 | 71.204.12.156 | BitTorrent 7.7.3 | 03/09/2013 09:52:36 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 8 | 24.98.252.150 | µTorrent 3.2.3 | 03/09/2013 04:01:55 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 9 | 68.53.243.138 | µTorrent Mac 1.6 | 02/27/2013 04:34:29 AM | Comcast Cable | Rossville | Georgia Northern | Walker |
| 10 | 24.99.241.113 | BitTorrent 7.8.0 | 02/23/2013 12:21:52 PM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 11 | 24.98.52.209 | µTorrent 3.3.0 | 02/22/2013 08:40:22 PM | Comcast Cable | Smyrna | Georgia Northern | Cobb |
| 12 | 24.99.200.152 | µTorrent 3.2.3 | 02/19/2013 02:08:01 AM | Comcast Cable | Jonesboro | Georgia Northern | Clayton |
| 13 | 70.193.164.116 | -BA3300- | 02/10/2013 11:09:02 AM | Verizon Wireless | Atlanta | Georgia Northern | DeKalb |
| 14 | 24.126.243.4 | µTorrent 3.2.3 | 02/05/2013 10:56:28 PM | Comcast Cable | Cumming | Georgia Northern | Forsyth |
| 15 | 216.141.226.122 | BitTornado 18.33 | 02/04/2013 11:16:43 AM | Level 3 Comm. | Atlanta | Georgia Northern | DeKalb |
| 16 | 96.32.92.223 | µTorrent 3.2.0 | 02/03/2013 09:44:41 PM | Charter Comm. | Lawrenceville | Georgia Northern | Gwinnett |
| 17 | 24.30.25.162 | µTorrent 3.2.0 | 02/03/2013 12:57:15 PM | Comcast Cable | Powder Springs | Georgia Northern | Cobb |
| 18 | 69.246.150.225 | µTorrent 3.2.3 | 02/02/2013 08:16:46 PM | Comcast Cable | Rossville | Georgia Northern | Walker |
| 19 | 76.17.102.229 | µTorrent 3.2.3 | 01/30/2013 02:28:24 AM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 20 | 157.166.167.129 | µTorrent 3.2.3 | 01/28/2013 07:47:58 PM | Turner Broad. Sys. | Atlanta | Georgia Northern | DeKalb |
| 21 | 173.242.78.121 | µTorrent 3.1.0 | 01/25/2013 08:17:44 PM | Atlanta Public School | Atlanta | Georgia Northern | DeKalb |
| 22 | 98.251.43.163 | Vuze 4.8.1.2 | 01/25/2013 04:56:38 AM | Comcast Cable | Stone Mtn | Georgia Northern | DeKalb |
| 23 | 24.126.128.238 | µTorrent 3.1.3 | 01/25/2013 03:51:43 AM | Comcast Cable | Hampton | Georgia Northern | Henry |
| 24 | 24.98.84.163 | µTorrent 3.1.3 | 01/24/2013 08:47:22 PM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 25 | 209.179.114.159 | µTorrent 3.2.3 | 01/24/2013 03:06:38 AM | EarthLink | Decatur | Georgia Northern | DeKalb |
| 26 | 24.98.203.204 | BitComet 1.32 | 01/21/2013 06:35:42 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 27 | 98.251.92.6 | libtorrent (Raster | 01/19/2013 11:18:00 PM | Comcast Cable | Peachtree City | Georgia Northern | Fayette |
| 28 | 71.204.104.19 | Vuze 4.8.1.2 | 01/19/2013 10:01:13 PM | Comcast Cable | Lithonia | Georgia Northern | DeKalb |
| 29 | 24.126.170.196 | Vuze 4.5.0.4 | 01/16/2013 10:38:57 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 30 | 24.98.112.35 | µTorrent 3.2.3 | 01/16/2013 12:30:16 PM | Comcast Cable | Cartersville | Georgia Northern | Bartow |
| 31 | 71.91.137.227 | µTorrent 3.2.3 | 01/16/2013 02:49:48 AM | Charter Comm. | Carrollton | Georgia Northern | Carroll |
| 32 | 66.85.232.220 | µTorrent 3.1.2 | 01/15/2013 05:49:32 AM | EPB Telecom | Rossville | Georgia Northern | Walker |
| 33 | 67.191.255.127 | µTorrent 3.2.3 | 01/15/2013 01:09:01 AM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 34 | 98.192.15.115 | Vuze 4.8.1.2 | 01/14/2013 02:02:29 AM | Comcast Cable | Snellville | Georgia Northern | Gwinnett |
| 35 | 24.98.187.85 | BitTorrent 7.7.3 | 01/13/2013 04:35:02 AM | Comcast Cable | Peachtree City | Georgia Northern | Fayette |
| 36 | 76.122.68.151 | Vuze 4.8.1.2 | 01/12/2013 08:51:13 PM | Comcast Cable | Tucker | Georgia Northern | DeKalb |
| 37 | 66.188.76.109 | µTorrent 3.2.3 | 01/11/2013 09:37:49 PM | Charter Comm. | Gainesville | Georgia Northern | Hall |
| 38 | 75.138.74.23 | µTorrent 3.3.0 (B | 01/11/2013 04:15:49 PM | Charter Comm. | Smyrna | Georgia Northern | Cobb |
| 39 | 75.139.154.181 | Vuze 4.8.1.2 | 01/08/2013 02:01:39 AM | Charter Comm. | Buford | Georgia Northern | Gwinnett |
| 40 | 50.147.203.163 | µTorrent 3.2.3 | 01/08/2013 12:46:25 AM | Comcast Cable | Lawrenceville | Georgia Northern | Gwinnett |
| 41 | 76.97.85.67 | µTorrent 3.1.2 | 01/07/2013 09:11:44 PM | Comcast Cable | Winder | Georgia Northern | Barrow |
| 42 | 76.105.88.47 | µTorrent 3.1.3 | 01/07/2013 04:20:54 PM | Comcast Cable | Stone Mtn | Georgia Northern | DeKalb |
| 43 | 68.59.244.201 | µTorrent 3.2.3 | 01/05/2013 02:33:57 AM | Comcast Cable | La Fayette | Georgia Northern | Walker |
| 44 | 65.50.46.77 | Vuze 4.8.1.2 | 01/05/2013 01:00:48 AM | DirecPath, LLC | Woodstock | Georgia Northern | Cherokee |
| 45 | 98.252.206.113 | µTorrent 3.2.0 | 01/04/2013 11:28:33 PM | Comcast Cable | Dacula | Georgia Northern | Gwinnett |
| 46 | 68.117.193.76 | µTorrent 3.2.3 | 01/04/2013 07:04:22 AM | Charter Comm. | Duluth | Georgia Northern | Gwinnett |
| 47 | 24.99.137.53 | µTorrent Mac 1.8 | 01/04/2013 01:38:56 AM | Comcast Cable | Forest Park | Georgia Northern | Clayton |
| 48 | 71.59.18.135 | Vuze 4.8.0.0 | 01/03/2013 11:23:46 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 49 | 70.193.131.155 | BitTorrent 7.7.0 | 01/03/2013 12:57:54 AM | Verizon Wireless | Atlanta | Georgia Northern | DeKalb |
| 50 | 98.251.86.22 | µTorrent 3.2.3 | 01/02/2013 08:21:22 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 51 | 24.126.222.70 | -BA3300- | 01/02/2013 05:28:31 PM | Comcast Cable | Mableton | Georgia Northern | Cobb |
| 52 | 75.138.80.89 | µTorrent 3.2.3 | 01/02/2013 04:55:41 PM | Charter Comm. | Mcdonough | Georgia Northern | Henry |
| 53 | 76.97.103.214 | BitTorrent 7.3.5 | 01/02/2013 12:36:53 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 54 | 67.191.173.36 | libtorrent (Raster | 01/02/2013 03:11:14 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 55 | 24.99.208.192 | libtorrent (Raster | 01/01/2013 01:25:45 PM | Comcast Cable | Lawrenceville | Georgia Northern | Gwinnett |
| 56 | 24.176.146.58 | µTorrent 3.2.0 | 01/01/2013 03:01:38 AM | Charter Comm. | Dalton | Georgia Northern | Whitfield |
| 57 | 24.98.227.80 | µTorrent 3.2.2 | 12/31/2012 07:03:23 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58 | 24.99.201.207 | µTorrent 2.2.1 | 12/30/2012 04:29:42 AM | Comcast Cable | Suwanee | Georgia Northern | Gwinnett |
| 59 | 50.150.12.23 | BitTorrent 7.7.0 | 12/30/2012 04:21:30 AM | Comcast Cable | Woodstock | Georgia Northern | Cherokee |
| 60 | 75.137.149.124 | Vuze 4.8.0.0 | 12/28/2012 09:16:07 PM | Charter Comm. | Villa Rica | Georgia Northern | Carroll |
| 61 | 98.192.70.86 | µTorrent 3.2.3 | 12/27/2012 03:35:24 PM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |